UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GEORGIA CAPITAL LLC,            )
        Plaintiff,            )
                                  )
                                  )    **JUDGMENT**
v.                                  )    No. 5:15CV-25-F
                                  )
WILLIAM DOUGLAS PARKER, JR.,   )
DIANA LYNNE PARKER, and          )
MARJORIE K. LYNCH,                    )
        Defendants.            )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the November 19, 2014 order of the Bankruptcy Court in Adversary Proceeding No. 12-03128-8-SWH is REVERSED IN PART and AFFIRMED IN PART. This matter is REMANDED to the bankruptcy court for further proceedings consistent with this opinion. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on September 17, 2015, and Copies To:**

Brian Richard Anderson (via CM/ECF electronic notification)
Christine L. Myatt (via CM/ECF electronic notification)
Clifton Jason Humphrey (via CM/ECF electronic notification)
Charles M. Ivey, III (via CM/ECF electronic notification)
Dirk W. Siegmund (via CM/ECF electronic notification)
William P. Janvier (via CM/ECF electronic notification)
Brian Charles Behr (via CM/ECF electronic notification)

DATE                                      JULIE RICHARDS JOHNSTON, CLERK
September 17, 2015                 /s/ Jacqueline B. Grady
                                              (By) Jacqueline B. Grady, Deputy Clerk